# In the United States Court of Federal Claims

| | |
|---|---|
| EUGENE C. SMALLS, Plaintiff, v. UNITED STATES, Defendant. | No. 07-715C ADR Program<br>Filed: October 9, 2007<br>cc: Judge Bush |

## O R D E R

The above-captioned case is currently a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic Referral Program, and the undersigned is the ADR judge assigned to this case. General Order No. 44, ADR Procedures states that the "ADR judge may decide at any time that the case is not appropriate for ADR, and upon notice to the parties and the trial judge, may remove the case from the ADR pilot program."

After having reviewed the complaint in this case, the court has determined that the above-captioned case is not a suitable candidate for ADR. Therefore, the court **DIRECTS** the Clerk of Court to withdraw the above-captioned case from the court's ADR Program. Accordingly, General Order No. 44, ADR Procedures no longer govern this case. This order serves as notification to the parties and the presiding trial judge of this action.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**Marian Blank Horn**
**ADR Judge**